Peter C. Erbland, ISBA # 2456
PAINE HAMBLEN LLP
701 Front Avenue, Suite 101
P.O. Box E
Coeur d'Alene, ID 83816
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMBER COBLEIGH and DAVID COBLEIGH, husband and wife, and the marital community thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY, a Texas Corporation with its principal place of business in Jacksonville, Florida,<br><br>Defendant. | Case No. CV<br><br>**AFFIDAVIT OF JAMES HAMMEL** |

STATE OF Florida )
                 ) ss.
County of Duval  )

JAMES HAMMEL, having been first duly sworn on oath, deposes and states as follows:

1. I am the insurance adjuster assigned to the claims of Amber Cobleigh and David Cobleigh against Trinity Universal Insurance Company and have knowledge of the files and records that are maintained or submitted regarding this claim.

2. On November 11, 2013, Trinity Universal Insurance Company received notice of the lawsuit filed by Amber and David Cobleigh in the District Court of the State of Idaho, In and

AFFIDAVIT OF JAMES HAMMEL - 1

For the County of Kootenai, entitled *Amber Cobleigh and David Cobleigh v. Kemper Insurance Companies*, Case No. CV 13-7527.

3. Service of the original complaint was attempted through the State of Idaho Department of Insurance on November 4, 2013.

4. Kemper Insurance Companies is not a legal entity. The plaintiffs had mistakenly designated Kemper Insurance Companies as the defendant.

5. The company issuing the insurance policy to the Cobleighs in this matter is Trinity Universal Insurance Company, a Texas corporation with its principal place of business in Jacksonville, Florida.

6. Attached hereto as Exhibit A is a true and correct copy of the declarations pages for the Trinity Universal Insurance Company policy issued to David C. Cobleigh and Amber M. Cobleigh for their residence and their two motor vehicles.

DATED this 4TH day of DECEMBER, 2013.

JAMES HAMMEL

SUBSCRIBED AND SWORN to before me this 4TH day of December, 2013.

MARY T. DANG
MY COMMISSION # EE 059409
EXPIRES: March 25, 2015
Bonded Thru Notary Public Underwriters

Notary Public for Kemper
Residing at Jacksonville, FL
My Commission Expires 3-25-2015

AFFIDAVIT OF JAMES HAMMEL - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system (if applicable) which sent a Notice of Electronic Filing to the following persons:

| | | |
|---|---|---|
| Scott R. Ireland | ☒ | CM/ECF SYSTEM |
| Attorney at Law | ☐ | U S MAIL |
| 910 Sherman Avenue | ☐ | TELECOPY (FAX) to: 208 667-8323 |
| Coeur d'Alene ID 83814 | ☐ | E-MAIL TO: ScottRIreland@yahoo.com |

By: [signature]

H:\CDADOCS\00318\00132\PLEAD\C141785