# KEMPER
## PREFERRED

*AVALANCHE INSURANCE*
*AGENCY INC*
*7352 N GOVERNMENT WAY #I*
*DALTON GARDENS , ID 83815*
*Agency Phone (208)762-2700*

**Insurance Provided By**

TRINITY UNIVERSAL
INSURANCE COMPANY
12926 Gran Bay Pkwy W - Jacksonville, FL 32258

| Named Insured and Mailing Address | Policy Number | Policy Period |
|---|---|---|
| 0000612 02 MB 0.404 **AUTO T5 2 5543 83814-482505 -C03-I0    9012060<br>DAVID C COBLEIGH<br>AMBER M COBLEIGH<br>905 E MCFARLAND AVE<br>COEUR D ALENE, ID 83814-4825 | RC 947697<br><br>Producer Code<br>53-7864 | Effective: 03-18-2012<br>Expiration: 03-18-2013<br>12:01 a.m. standard time. |

## AMENDED DECLARATIONS - PACKAGE PLUS

This amended declarations page replaces all prior declarations as of the Change Effective Date. The required premium will be separately billed under the Kemper Billing System. Please attach this Declaration page to your policy.

### POLICY CHANGE INFORMATION

**CHANGE EFFECTIVE DATE:** 03-18-2012          **CHANGE EFFECTIVE TIME:** 12:01 a.m.

Your policy has changed. The areas that have changed are indicated below.
   Insured Request          Vehicle                    Auto Lien

If you have any questions concerning why these changes were made to your policy, please contact your agent.

| POLICY SUMMARY INFORMATION | Annual Premium | Change in Premium |
|---|---|---|
| RESIDENCE PREMIUM (SECTION I AND SECTION II) | $ 621.00 | NONE |
| AUTOMOBILE PREMIUM (SECTION III) | $ 1,251.00 | |
| **TOTAL POLICY PREMIUM** | **$ 1,872.00** | **$ .00** |
| For information about additional costs to you related to this policy, please read endorsement BC0001. | | |

COVERAGE APPLIES ONLY IF A PREMIUM OR LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE.
DETAILS CONCERNING SPECIFIC COVERAGES AND PREMIUMS FOR YOUR POLICY CAN BE FOUND ON THE FOLLOWING PAGES.


EXHIBIT A

AK 5034 (08 00)                    CONTINUED ON REVERSE                    002543  1  0000612

Insured Name DAVID C COBLEIGH                                    Policy Number RC 947697

## RESIDENCE COVERAGE INFORMATION

### HOME INFORMATION

The residence premises covered by this policy is located at the address below:

905 E MCFARLAND AVE
COEUR D ALENE    ID    83814

| COVERAGES | Limit of Liability | Annual Premium | Change In Premium |
|---|---|---|---|

Coverage is provided where a limit of liability is shown for the coverage. The Section I Blanket Property Limit of Liability shown represents 200% of the calculated Dwelling (Coverage A) replacement value of $ 279,000. This Blanket Property Limit of Liability is the total amount of insurance for your Dwelling, Other Structures, Personal Property and Loss of Use Coverage.

**SECTION I – PROPERTY COVERAGES**
  Blanket Property Limit                                  $ 558,000      $ 474.00
**SECTION II – LIABILITY COVERAGES**
  Personal Liability: each occurrence                     $ 500,000      $ 32.00
  Medical Payments to Others: each person                 $   5,000

**DEDUCTIBLE – SECTION I** – In case of loss we cover only that part of the loss over the deductible stated below:

Policy                                                    $   1,000                     INCLUDED

7.5% Earthquake                                                                          INCLUDED
1% Windstorm or Hail                                      $   2,790                     INCLUDED
Total Premium for Endorsements                                           $ 115.00

## TOTAL RESIDENCE PREMIUM                                               $ 621.00        NONE

### HOMEOWNERS DISCOUNTS AND CREDITS APPLIED

The Total Residence premium shown above reflects savings to you as follows:
Package Discount           Loss Free Discount            Res Safety Package Credit
Home Buyer Discount

### RATING INFORMATION

Construction Frame                 Not more than   75 ft from hydrant    Miles from Dept.  1
County       KOOTENAI              Occupied 1 Family Dwelling            Yr Construction 1967
Fire Dist    COEUR D ALENE         Prot Class  3   Terr. 308             State 11

### MORTGAGEE INFORMATION

LOAN NO:    216376042
BANK OF AMERICA,N.A.
ISAOA ATIMA
PO BOX 961291
FORT WORTH, TX 76161-0291

### HOMEOWNERS ENDORSEMENT(S)

|        | Edition |             |                                                      | Annual   | Change In |
|--------|---------|-------------|------------------------------------------------------|----------|-----------|
| Number | Date    | Description |                                                      | Premium  | Premium   |
| VS1847 | 09-06   | PACKAGE PLUS POLICY |                                              |          |           |
| AK5375 | 02-08   | POLICY INFORMATION |                                               |          |           |
| AK5430 | 12-10   | CHANGES TO YOUR POLICY - IDAHO |                                   |          |           |
| VS1411 | 11-01   | PACKAGE PLUS - EARTHQUAKE |                                        | $ 61.00  |           |
|        |         | Deductible   7.5% of the Blanket Property Limit |                   |          |           |
|        |         | Exterior masonry exclusion does not apply |                        |          |           |
| VS2271 | 05-10   | WATER BACKUP AND SUMP PUMP OVERFLOW |                              | $ 40.00  |           |
|        |         | Limit of Liability $   15,000 |                                    |          |           |
| VS1415 | 03-97   | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |                          |          |           |
|        |         | Deductible is   1% |                                               |          |           |

AK 5034 (08 00)                          CONTINUED                              002544  2  0000612

Insured Name DAVID C COBLEIGH                                   Policy Number RC 947697

**HOMEOWNERS ENDORSEMENT(S)**

| Number | Edition Date | Description | Annual Premium | Change In Premium |
|---|---|---|---|---|
| VS2292 | 04-09 | EXTENDED DWELLING REPLACEMENT COST COV<br>Additional Amount of Insurance 25%<br>Total Amount of Insurance 125% | $ 14.00 | |
| VS2209 | 04-07 | SECTION I - EXCLUSIONS | | |
| BC0001 | 10-11 | ADDITIONAL CHARGES AND FEES ENDORSEMENT | | |
| VK1012 | 02-85 | RESIDENCE SAFETY PACKAGE | | |
| VS1988 | 05-04 | LIMITED MOLD, FUNGI & OTHER MICROBES COV | | |
| HO0496 | 04-91 | NO COVERAGE FOR HOME DAY CARE BUSINESS | | |

Insured Name DAVID C COBLEIGH                                   Policy Number RC 947697

**HOMEOWNERS ENDORSEMENT(S)**

Insured Name DAVID C COBLEIGH                                                  Policy Number RC 947697

## VEHICLE COVERAGE INFORMATION

| Summary of Covered Vehicle(s) and Premium(s) | Term Premium | Change In Premium |
|---|---|---|

**SECTION III**

| No. | Year | Make | Model | Vehicle Identification No | | |
|---|---|---|---|---|---|---|
| 1 | 2008 | JEEP | WRANGLER X | 1J4FA24128L610380 | $ 670.00 | |
| 2 | 2006 | FORD | F150 | 1FTPX14556KC39370 | $ 581.00 | |

| TOTAL AUTOMOBILE PREMIUM | $ 1,251.00 | NONE |
|---|---|---|

**VEHICLE 1 INFORMATION** Garage Location:   COEUR D ALENE, ID 83814

| Year | Make | Model | Vehicle Identification No. | Class Code | Territory | Tier |
|---|---|---|---|---|---|---|
| 2008 | JEEP | WRANGLER X | 1J4FA24128L610380 | 334320010 | 608 | |

| | Limit of Liability | Term Premium | Change In Premium |
|---|---|---|---|

Operator 2 Information
AMBER   COBLEIGH
Driver St/License Number

**A. Liability**
- Bodily Injury - Each Person   $ 250,000
- Bodily Injury - Each Accident $ 500,000   $ 157.00

Date of Birth    Sex   Marital Status
05-22-1990       F     Married

**Property Damage**
- Each Accident                 $ 100,000   $  80.00

**B. Medical Payment**
- Each Person                   $  10,000   $  37.00

**C. Uninsured Motorists**
- Bodily Injury - Each Person   $ 250,000
- Bodily Injury - Each Accident $ 500,000   $  46.00

**Property Damage**
- Each Accident

**D. Damage To Your Auto**
Actual Cash Value (ACV) minus deductible shown
- Collision Loss                $     500   $ 153.00
- Comprehensive Loss            $     100   $ 155.00

**Towing and Labor Cost**
- Per Disablement               $     300   $  30.00

**Total Premium for Vehicle Endorsements Listed Below**                    $  12.00

| TOTAL VEHICLE PREMIUM | $ 670.00 |
|---|---|

**CREDITS APPLIED TO THE VEHICLE ABOVE**

Multi-Car                       Passive Restraints              Anti-Theft Devices
Multi-Policy

AK 5034 (08 00)                           CONTINUED                        002546   4   0000612

Insured Name  DAVID C COBLEIGH                                                     Policy Number  RC 947697

**VEHICLE 2 INFORMATION** Garage Location:    COEUR D ALENE, ID 83814

| Year | Make | Model | Vehicle Identification No. | Class Code | Territory | Tier |
|---|---|---|---|---|---|---|
| 2006 | FORD | F150 | 1FTPX14556KC39370 | 317020010 | 608 | |

|  | Limit of Liability | Term Premium | Change In Premium |
|---|---|---|---|
| **A. Liability** | | | |
| Bodily Injury - Each Person | $ 250,000 | | |
| Bodily Injury - Each Accident | $ 500,000 | $ 120.00 | |
| **Property Damage** | | | |
| Each Accident | $ 100,000 | $ 60.00 | |
| **B. Medical Payment** | | | |
| Each Person | $ 10,000 | $ 32.00 | |
| **C. Uninsured Motorists** | | | |
| Bodily Injury - Each Person | $ 250,000 | | |
| Bodily Injury - Each Accident | $ 500,000 | $ 46.00 | |
| **Property Damage** | | | |
| Each Accident | | | |
| **D. Damage To Your Auto** | | | |
| Actual Cash Value (ACV) minus deductible shown | | | |
| Collision Loss | $ 500 | $ 149.00 | |
| Comprehensive Loss | $ 100 | $ 132.00 | |
| **Towing and Labor Cost** | | | |
| Per Disablement | $ 300 | $ 30.00 | |
| **Total Premium for Vehicle Endorsements Listed Below** | | $ 12.00 | |
| **TOTAL VEHICLE PREMIUM** | | $ 581.00 | |

Operator 1 Information
DAVID C COBLEIGH
Driver St/License Number

Date of Birth   Sex   Marital Status
07-31-1963       M     Married

**CREDITS APPLIED TO THE VEHICLE ABOVE**

Multi-Car                         Passive Restraints               Anti-Theft Devices
Anti-Lock Brakes                  Multi-Policy

**LOSS PAYEE(S)**                                                                 Effective     Expires
2 HORIZON CREDIT UNION            PO BOX 25546                                    03-18-2012   02-2018
FORT WORTH, TX  76124

**VEHICLE ENDORSEMENT(S)**

| Edition Number | Date | Description | Veh No | Term Premium | Change In Premium |
|---|---|---|---|---|---|
| PP1301 | 12-99 | COV FOR DAMAGE TO YOUR AUTO EXCLUSION | | | |
| PP0302 | 06-98 | OPTIONAL LIMITS TRANSP/EXPENSE COVERAGE $ 30 EACH DAY/$ 900 MAXIMUM | 1 | $ 12.00 | |
| PP0302 | 06-98 | OPTIONAL LIMITS TRANSP/EXPENSE COVERAGE $ 30 EACH DAY/$ 900 MAXIMUM | 2 | $ 12.00 | |
| AU923 | 01-12 | CHANGES TO YOUR POLICY - IDAHO | | | |
| PP1423 | 12-11 | UNDERINSURED MOTORISTS COVERAGE | | | |
| PP0305 | 08-86 | LOSS PAYABLE CLAUSE | | | |
| AU910 | 06-05 | ELECTRONIC EQUIPMENT COVERAGE | | | |
| BC0001 | 10-11 | ADDITIONAL CHARGES AND FEES ENDORSEMENT | | | |

**POLICY ATTACHMENT(S)**

| Edition Number | Date | Description |
|---|---|---|
| AK4223 | 03-01 | ID CARDS |

AK 5034 (08 00)                                                                       002547   5   0000612