UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMBER COBLEIGH and DAVID COBLEIGH, husband and wife, and the marital community thereof,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY, a Texas Corporation with its principal place of business in Jacksonville, Florida,<br><br>　　　　　　Defendant. | Case No. 2:13-CV-513-EJL<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Based upon Stipulation for Dismissal With Prejudice of the above-entitled matter by and between the above-named plaintiffs and defendant herein;

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter be, and the same is hereby dismissed with prejudice and without costs to any party, upon the grounds that the matter has been fully settled as to all claims.

DATED: February 13, 2014

_____
Edward J. Lodge
United States District Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 1